| Attorney or Party Name, Address, Phone, Fax, Email: | For court use only |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF HAWAII** | Case No.: |
| In re:<br><br><br>Debtor(s). | Chapter: |

# NOTICE OF CHANGE OF ADDRESS

[*Note: An **attorney** changing the attorney's address or firm affiliation should use form hib_83-1h.*]*

The undersigned hereby gives notice of the following change effective: _____.

☐ Debtor is providing Debtor's new address to replace the old address for notice and other purposes.

☐ Debtor is providing a creditor's new or corrected address to replace existing information in the matrix.

☐ Creditor is providing creditor's new or corrected address to replace existing information in this case.

☐ Other: _____

| *Name and Old Address:* | ***Name and New Address:*** |
|---|---|
|  |  |

Date: _____   Signature: /s/_____
                                 Name:

*Please also note:
1. For a change in the debtor's name, an amended petition must be filed.
2. If the creditor or other party is not already on the mailing matrix, the debtor must file an amended matrix - the creditor must file a notice of appearance and request for notice.
3. A creditor changing its address must file a notice of change of address in each case in which it is involved.
4. For a change of address with respect to a proof of claim and where notices or payments should be sent, use form hib_2002g1a.

hib_2002g         6/04

U.S. Bankruptcy Court - Hawaii   #10-02227   Dkt # 17   Filed  08/17/10   Page 1 of 1