*Filer's Name, Address, Phone, Fax, Email:*

**Ramon J. Ferrer**
**135 S. Wakea Ave.**
**Suite 203**
**Kahului, HI 96732**
**(808) 877-3682**
**Fax: (808) 214-5578**
**ramonlawfirm@hotmail.com**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

hib_1009-1 (12/09)

*Debtor:* **Lewis Albert Sanders, Jr.**

*Case No.:* **10-02227**

*Joint Debtor:*
   *(if any)*

*Chapter:* **13**

## COVER SHEET FOR AMENDMENTS

*Check all of the following that are being amended.*

Schedules: ☐ A ☐ B ☐ C ☐ G ☐ H ☐ I ☐ J

Schedules: ☐ D ☒ E ☒ F  ($26 fee for 1 or more)

☐ Statement of Financial Affairs

☐ Statement of Intention

☐ Statement of Monthly Income (Ch 7 - with Means Test / Ch 13 - with Disposable Income Calculation)

☐ List of Creditors / Mailing Matrix

☐ ($26 fee unless (i) only updating an address, or (ii) only adding a creditor's attorney, or (iii) uploading creditors in ECF without amending schedules)

☐ List of Equity Security Holders

☐ List of 20 Largest Unsecured Creditors

### DECLARATION BY DEBTOR(S)

I declare under penalty of perjury that the attached amendments are correct to the best of my knowledge, information, and belief. [*If filing electronically through ECF, a* **Declaration re: Electronic Filing** *with original signatures must be submitted on paper not later than 7 days after filing the amendments.*]

**/s/ Lewis Albert Sanders, Jr.**
**Lewis Albert Sanders, Jr.**
Signature of Debtor

Dated: **August 17, 2010**

### CERTIFICATE OF SERVICE

The undersigned certifies:

☐ Notice of the amendments has been served on all creditors and parties in interest on the attached service list. (If exemptions or exemption amounts have been amended, a copy of Schedule C has been served on all creditors and parties in interest.)

☒ A copy of the Notice of Bankruptcy Case, Meeting of Creditors, & Deadlines has been served on the additional creditors and parties in interest identified on the attached service list.

Dated: **August 17, 2010**

**/s/ Ramon J. Ferrer**
**Ramon J. Ferrer**

**Attach amended schedules or statements to cover sheet.  Attach a service list with names and addresses where notice was sent.**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Hawaii

In re  **Lewis Albert Sanders, Jr.**,  
Debtor

Case No. **10-02227**

Chapter **13**

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 113,750.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 163,753.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 5,618.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 373,191.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 2,132.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 1,595.00 |
| Total Number of Sheets of ALL Schedules | | 17 | | | |
| | | Total Assets | 113,750.00 | | |
| | | | Total Liabilities | 542,562.00 | |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
### District of Hawaii

In re  **Lewis Albert Sanders, Jr.**, 
Debtor

Case No. __10-02227__

Chapter __13__

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 5,618.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 5,618.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 2,132.00 |
| Average Expenses (from Schedule J, Line 18) | 1,595.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 2,132.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 71,753.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 5,618.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 373,191.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 444,944.00 |

.

In re **Lewis Albert Sanders, Jr.**  ,   Case No. **10-02227**
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**1**  continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Lewis Albert Sanders, Jr.**, Case No. **10-02227**
                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>IRS<br>Fresno, CA 93888 | | - | 2007-2008<br><br>Income Tax | | X | | 5,618.00 | 0.00 | 5,618.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    5,618.00

Total
(Report on Summary of Schedules)    5,618.00

0.00
5,618.00

0.00
5,618.00

U.S. Bankruptcy Court - Hawaii   #10-02227   Dkt # 18   Filed  08/17/10   Page 5 of 11
Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com     Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Lewis Albert Sanders, Jr.**, Case No. **10-02227**
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Capital One**<br>**PO Box 30281**<br>**Salt Lake City, UT 84130** | - | | 2009<br>**Credit Card** | | X | | 381.00 |
| Account No.<br>**CBE GROUP**<br>**131 Tower Park Dr., Ste. 100**<br>**Waterloo, IA 50702** | - | | 2008<br>**Collection account for Dish Network** | | X | | 802.00 |
| Account No.<br>**Collection Company of America**<br>**700 Longwater Dr**<br>**Norwell, MA 02061** | - | | 2009<br>**Collection for Microtronics International** | | X | | 485.00 |
| Account No.<br>**Enhanced Recovery Corp.**<br>**8014 Bayberry Road**<br>**Jacksonville, FL 32256** | - | | 2009<br>**Collection account for Centurytel** | | X | | 576.00 |

__2__ continuation sheets attached

Subtotal (Total of this page)    **2,244.00**

U.S. Bankruptcy Court - Hawaii  #10-02227  Dkt # 18  Filed  08/17/10  Page 6 of 11
Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    S/N:39097-100510    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Lewis Albert Sanders, Jr.**, Case No. **10-02227**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**GE MONEY BANK**<br>**345 St Peter/ 900 Landmk**<br>**Saint Paul, MN 55102** | | - | 2009<br>Credit Card | | X | | 464.00 |
| Account No.<br>**HSBC**<br>**PO Box 2013**<br>**Buffalo, NY 14240** | | - | 2006<br>Mortgage | | X | | 40,050.00 |
| Account No.<br>**Kahului Trucking & Storage**<br>**140 Hobron Ave.**<br>**Kahului, HI 96732** | | - | 2008<br>Storage bill. | | X | | 1,362.00 |
| Account No.<br>**Les Schwab Tires**<br>**2630 Balls Ferry Rd.**<br>**Anderson, CA 96007-3506** | | - | 2008<br>Charge Account | | X | | 2,500.00 |
| Account No.<br>**Litton Loan Servicing LP**<br>**Attention: Customer Service Dept.**<br>**4828 Loop Central Drive**<br>**Houston, TX 77081** | | - | 2005<br>Foreclosed | | X | | 320,000.00 |

Sheet no. **1** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **364,376.00**

In re **Lewis Albert Sanders, Jr.**, Case No. **10-02227**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>LVNV Funding LLC<br>PO Box 10497<br>Greenville, SC 29603 | - | | 2008-2009<br>Collection account for HSBC ORCHARD STANDARD | | X | | 2,009.00 |
| Account No.<br><br>LVNV Funding LLC<br>PO Box 10497<br>Greenville, SC 29603 | - | | 2008-2009<br>Collection account for Capital One | | X | | 1,927.00 |
| Account No.<br><br>Maui Collection Service<br>1885 Main Street, Suite 106<br>Wailuku, HI 96793 | - | | 2008<br>Collection account for Kahului Trucking & Storage | | X | | 0.00 |
| Account No.<br><br>Maui Collection Service<br>1885 Main Street, Suite 106<br>Wailuku, HI 96793 | - | | 2008-2009<br>Collection account for Paul M. Hutchinson, CPA Inc. | | X | | 2,635.00 |
| Account No.<br><br>Midland Credit Mgmt.<br>8875 Aero Drive<br>San Diego, CA 92123 | - | | 2009<br>Collection account for GE Money Bank | | X | | 0.00 |

Sheet no. **2** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **6,571.00**

Total (Report on Summary of Schedules): **373,191.00**

# United States Bankruptcy Court
## District of Hawaii

In re  **Lewis Albert Sanders, Jr.**　　　　　　　　　　　　　　Case No.  **10-02227**
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter  **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

　　I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **19** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **August 17, 2010**　　　　　　　　Signature  **/s/ Lewis Albert Sanders, Jr.**
　　　　　　　　　　　　　　　　　　　　　　　　　　**Lewis Albert Sanders, Jr.**
　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bank of America
PO Box 21846
Greensboro, NC 27420-1846


Capital One
PO Box 30281
Salt Lake City, UT 84130


CBE GROUP
131 Tower Park Dr., Ste. 100
Waterloo, IA 50702


Collection Company of America
700 Longwater Dr
Norwell, MA 02061


Enhanced Recovery Corp.
8014 Bayberry Road
Jacksonville, FL 32256


First Hawaiian Leasing
1580 Kapiolani
Honolulu, HI 96814


First Hawaiian Leasing
1580 Kapiolani Blvd Fl 3
Honolulu, HI 96814


Ford Motor Credit
PO Box 542000
Omaha, NE 68154


GE MONEY BANK
345 St Peter/ 900 Landmk
Saint Paul, MN 55102

HSBC
PO Box 2013
Buffalo, NY 14240

IRS
Fresno, CA 93888

Kahului Trucking & Storage
140 Hobron Ave.
Kahului, HI 96732

Les Schwab Tires
2630 Balls Ferry Rd.
Anderson, CA 96007-3506

Litton Loan Servicing LP
Attention: Customer Service Dept.
4828 Loop Central Drive
Houston, TX 77081

LVNV Funding LLC
PO Box 10497
Greenville, SC 29603

Maui Collection Service
1885 Main Street, Suite 106
Wailuku, HI 96793

Midland Credit Mgmt.
8875 Aero Drive
San Diego, CA 92123