# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 13 on 7/21/10 and was converted to a case under chapter 7 on 10/26/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Lewis Albert Sanders Jr.
P.O. Box 2130
Wailuku, HI 96732

| Case Number:<br>10−02227 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−4215 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Ramon J. Ferrer<br>Law Office of Ramon J. Ferrer<br>135 S. Wakea Ave., Suite 204<br>Kahului, HI 96732<br>Telephone number: 808.891.1414 | Bankruptcy Trustee (name and address):<br>Dane S. Field<br>P.O. Box 4198<br>Honolulu, HI 96812<br>Telephone number: 808.232.8788 |

## Meeting of Creditors
Date: **December 7, 2010**　　　　　　　　　　　　　　　Time: **02:30 PM**
Location: **J. Walter Cameron Center, 95 Mahalani Street, Wailuku, HI**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 2/7/11**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>1132 Bishop Street<br>Suite 250<br>Honolulu, HI 96813<br>Telephone number: (808) 522−8100 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Michael B. Dowling |
|---|---|
| Hours Open: Monday − Friday 8:30 AM − 4:00 PM | Date: 10/26/10 |

# EXPLANATIONS                                                B9A (Official Form 9A) (12/09)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline.<br><br>A statement asserting that the debtor is ineligible to receive a discharge because 11 U.S.C. § 522(q)(1) may be applicable must be filed not later than the deadline to file a complaint objecting to discharge. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Trustee's Sale of Property Under $2,500 | Unless an objection is filed within 21 days after the date of this notice, the trustee may sell property of the estate without further notice or hearing if the property's aggregate gross value is less than $2,500. |

### Refer to Other Side for Important Deadlines and Notices

U.S. Bankruptcy Court - Hawaii   #10-02227   Dkt # 31   Filed  10/28/10   Page 2 of 4

# CERTIFICATE OF NOTICE

```
District/off: 0975-1          User: darlene              Page 1 of 2              Date Rcvd: Oct 26, 2010
Case: 10-02227                Form ID: b9a               Total Noticed: 33

The following entities were noticed by first class mail on Oct 28, 2010.
db           +Lewis Albert Sanders, Jr.,    P.O. Box 2130,    Wailuku, HI 96793-7130
aty          +Connie C. Chow,    Ashford & Wriston LLP,    1099 Alakea Street, 14th Floor,
               Honolulu, HI 96813-4500
aty          +Cynthia M. Johiro,    Dept of Attorney General,    425 Queen Street,    Honolulu, HI 96813-2903
aty          +Gary P. Quiming,    Ashford & Wriston, LLP,    1099 Alakea Street, Ste. 1400,
               Honolulu, HI 96813-4500
aty          +Miranda Tsai,    Ashford & Wriston,    P.O. Box 131,    Honolulu, HI 96810-0131
aty          +Ramon J. Ferrer,    Law Office of Ramon J. Ferrer,    135 S. Wakea Ave., Suite 204,
               Kahului, HI 96732-1385
aty          +Ramon J. Ferrer,    Law Office of Ramon J. Ferrer,    135 S. Wakea, Suite 204,
               Kahului, HI 96732-1385
1038009      +CANDICA L.L.C.,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
1029623      +CBE GROUP,    131 Tower Park Dr., Ste. 100,    Waterloo, IA 50701-9588
1029624      +Collection Company of America,    700 Longwater Dr,    Norwell, MA 02061-1796
1029625      +Enhanced Recovery Corp.,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
1029627      +First Hawaiian Leasing,    1580 Kapiolani,    Honolulu, HI 96814-3715
1029626      +First Hawaiian Leasing,    1580 Kapiolani Blvd Fl 3,    Honolulu, HI 96814-3715
1035753       GE MONEY BANK,    345 St. Peter, 900 Landmark,    Saint Paul, MN 55102
1042065      +HSBC Mortgage Services,    PO Box 10490,    Virginia Beach, VA 23450-0490
1035754      +Kahului Trucking & Storage,    140 Hobron St.,    Kahului, HI 96732-2179
1049819      +Les Schwab Tire Centers of California Inc.,    P.O. Box 5350,    Bend, OR 97708-5350
1029631       Les Schwab Tires,    2630 Balls Ferry Rd.,    Anderson, CA 96007-3506
1029632      +Litton Loan Servicing LP,    Attention: Customer Service Dept.,    4828 Loop Central Drive,
               Houston, TX 77081-2212
1029634      +Maui Collection Service,    1885 Main Street, Suite 106,    Wailuku, HI 96793-1827
The following entities were noticed by electronic transmission on Oct 27, 2010.
tr           +EDI: QDSFIELD.COM Oct 27 2010 08:48:00      Dane S. Field,    P.O. Box 4198,
               Honolulu, HI 96812-4198
1029621       EDI: BANKAMER.COM Oct 27 2010 08:43:00      Bank of America,    PO Box 21846,
               Greensboro, NC 27420-1846
1049923      +EDI: BANKAMER.COM Oct 27 2010 08:43:00      Bank of America, N.A.,    P. O. Box 26012,
               NC4-105-03-14,    Greensboro, NC 27420-6012
1029622      +EDI: CAPITALONE.COM Oct 27 2010 08:43:00      Capital One,    PO Box 30281,
               Salt Lake City, UT 84130-0281
1029628      +EDI: FORD.COM Oct 27 2010 08:48:00      Ford Motor Credit,    PO Box 542000,    Omaha, NE 68154-8000
1042718       EDI: FORD.COM Oct 27 2010 08:48:00      Ford Motor Credit Company LLC,    FMCC, Dept. 55953,
               P. O. Box 55000,    Detroit, MI 48255-2679
1029629      +EDI: HFC.COM Oct 27 2010 08:43:00      HSBC,    PO Box 2013,    Buffalo, NY 14240-2013
1029630       EDI: IRS.COM Oct 27 2010 08:44:00      IRS,    Fresno, CA 93888
1035989       EDI: IRS.COM Oct 27 2010 08:44:00      Internal Revenue Service,    P.O. Box 21126,
               Philadelphia, PA 19114
1029633      +EDI: RESURGENT.COM Oct 27 2010 08:43:00      LVNV Funding LLC,    PO Box 10497,
               Greenville, SC 29603-0497
1035501      +EDI: MID8.COM Oct 27 2010 08:48:00      Midland Credit Management, Inc.,
               8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
1029635      +EDI: MID8.COM Oct 27 2010 08:48:00      Midland Credit Mgmt.,    8875 Aero Drive,
               San Diego, CA 92123-2251
1038354       EDI: RECOVERYCORP.COM Oct 27 2010 08:44:00      Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Department of Taxation, State of Hawaii
cr            Ford Motor Credit Company LLC
cr*          +Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                    TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 28, 2010**              **Signature:** *Joseph Speetjens*